UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Robert Murray as Leviticus Lucefer
(full name of the plaintiff/petitioner)

24 CV 6023 ( ) ( )
(Provide docket number, if available; if filing this with your complaint, you will not yet have a docket number.)

-against-

City of New York et al.

(full name(s) of the defendant(s)/respondent(s))

## PRISONER AUTHORIZATION

By signing below, I acknowledge that:

(1) because I filed this action as a prisoner,[1] I am required by statute (28 U.S.C. § 1915) to pay the full filing fees for this case, even if I am granted the right to proceed *in forma pauperis* (IFP), that is, without prepayment of fees;

(2) the full $350 filing fee will be deducted in installments from my prison account, even if my case is dismissed or I voluntarily withdraw it.

I authorize the agency holding me in custody to:

(1) send a certified copy of my prison trust fund account statement for the past six months (from my current institution or any institution in which I was incarcerated during the past six months);

(2) calculate the amounts specified by 28 U.S.C. § 1915(b), deduct those amounts from my prison trust fund, and disburse those amounts to the Court.

This authorization applies to any agency into whose custody I may be transferred and to any other district court to which my case may be transferred.

_____          _____
Date                                Signature

Murray Robert Lee                   990230038
Name (Last, First, MI)              Prison Identification #

09-09 Hazen St    E. Elmhurst    N.Y.    11370
Address           City            State   Zip Code

---

[1] A "prisoner" is "any person incarcerated or detained in any facility who is accused of, convicted of, sentenced for, or adjudicated delinquent for, violations of criminal law or the terms or conditions of parole, probation, pretrial release, or diversionary program." 28 U.S.C. § 1915(h).

SDNY Rev. 10/26/16

```
MIME-Version:1.0
From:NYSD_ECF_Pool@nysd.uscourts.gov
To:CourtMail@localhost.localdomain
Message-Id:<31816684@nysd.uscourts.gov>
Subject:Activity in Case 1:24-cv-06023-LTS Murray v. City of New York  et al Order Directing Prisoner Authorization
Content-Type: text/plain
```

This is an automatic e-mail message generated by the CM/ECF system.
Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** There is no charge for viewing opinions.

U.S. District Court

Southern District of New York

Notice of Electronic Filing

The following transaction was entered  on 9/5/2024 3:13 PM EDT and filed on 9/3/2024

Case Name: Murray v. City of New York
 et al
Case Number: 1:24-cv-06023-LTS https://ecf.nysd.uscourts.gov/cgi-bin/DktRpt.pl?626318

Filer:


Document Number: 4


Copy the URL address from the line below into the location bar
of your Web browser to view the document:
https://ecf.nysd.uscourts.gov/doc1/127136099674?caseid=626318&de_seq_num=34&magic_num=MAGIC


Docket Text:
 ORDER DIRECTING PRISONER AUTHORIZATION:
Plaintiff is directed to submit a completed and signed Prisoner Authorization
Form to this Court's <I> Pro Se </I> Office within thirty (30) days
of the date of this Order. The Clerk of Court is directed to assign this
matter to my docket. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3),
that any appeal from this Order would not be taken in good faith, and therefore
<I> in forma pauperis <font></I> status is denied for the purpose of an appeal.
See <U> Coppedge v. United States</U>, 369 U.S. 438, 444-45 (1962).</font>
Prisoner Authorization Form due by 10/3/2024.  (Signed by Judge Laura Taylor
Swain on 9/3/2024)    (vn)


1:24-cv-06023-LTS Notice has been electronically mailed to:


1:24-cv-06023-LTS Notice has been delivered by other means to:
Robert Lee Murray
990230038
O.B.B.C.
16-00 Hazen St.
E. Elmhurst,  NY 11370




The following document(s) are associated with this transaction:
Document description: Main Document
 Original filename: n/a
 Electronic document Stamp:
 [STAMP dcecfStamp_ID=1008691343 [Date=9/5/2024] [FileNumber=31816683-0]
[5ae7710d7305a98ff3358ee2d6e340a85825b3c3d4cf185671f821ccc48432bca6d72f2cc7e6f55
98e3fef501ff1b923a6c0b293e0f35d552cbdb14396ac30f8]]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Robert Murray as Leviticus Lucifer
(full name of the plaintiff/petitioner)

24 CV 06023 (LTS) ( )
(Provide docket number, if available; if filing this with your complaint, you will not yet have a docket number.)

-against-

City of New York et al

(full name(s) of the defendant(s)/respondent(s))

## PRISONER AUTHORIZATION

By signing below, I acknowledge that:

(1) because I filed this action as a prisoner,[1] I am required by statute (28 U.S.C. § 1915) to pay the full filing fees for this case, even if I am granted the right to proceed *in forma pauperis* (IFP), that is, without prepayment of fees;

(2) the full $350 filing fee will be deducted in installments from my prison account, even if my case is dismissed or I voluntarily withdraw it.

I authorize the agency holding me in custody to:

(1) send a certified copy of my prison trust fund account statement for the past six months (from my current institution or any institution in which I was incarcerated during the past six months);

(2) calculate the amounts specified by 28 U.S.C. § 1915(b), deduct those amounts from my prison trust fund, and disburse those amounts to the Court.

This authorization applies to any agency into whose custody I may be transferred and to any other district court to which my case may be transferred.

9-19-24
Date

[Signature]
Signature

Murray Robert Lee
Name (Last, First, MI)

9902300038
Prison Identification #

09-09 Hazen St          E. Elmhurst          N.Y.          11370
Address                 City                 State         Zip Code

---

[1] A "prisoner" is "any person incarcerated or detained in any facility who is accused of, convicted of, sentenced for, or adjudicated delinquent for, violations of criminal law or the terms or conditions of parole, probation, pretrial release, or diversionary program." 28 U.S.C. § 1915(h).

SDNY Rev. 10/26/16