11-17-24

TO: Pro-se office

21 CV 6718 (LJL)
22 CV 226 (LJL)
24 CV 3758 (JGLC)
22 CV 973 (JOP)
22 CV 638 (JOP)
23 CV 458
24 CV 4918 (JLR)
24 CV 6023 (LTS)

RECEIVED DEC 02 2024 PRO SE OFFICE

Im writing you for a change of Address to The above cases my New Address is: Robert Murray AKA Leviticus Lucifer
B.C 990 23 00038
Bellevue Hospital
462 1st ave. ward 19-west
New York N.Y. 10016

Thank you for your Time

Robert Murray AKA Leviticus Lucifer
462 First Ave 19-W   B.C. 990-23-00038
New York NY 10016
Bellevue Hospital

MID-ISLAND NY 117
19 NOV 2024 PM 6

TO: Pro-Se Office
TO United State courts
Southern District of NY
(SDNY) 500 Pearl Str.
New York, NY. 10007

RECEIVED
DEC 02 2024
PRO SE OFFICE

Hashem is King
Legal Mail

10007$9999