UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Robert Lee Murray

                        Plaintiff,

-against-

City of New York et al

                        Defendant(s).

24-CV-06023
WAIVER OF SERVICE OF
SUMMONS EXECUTED

      Under Rule 4(d) of the Federal Rules of Civil Procedure, the New York City Department of Correction agrees on behalf of the defendants listed below to waive service of the summons and complaint in this case, with the understanding that the time for these defendants to answer or otherwise respond to the complaint will be sixty days from the date that this waiver is filed.

**Defendants' Names**

**CO Sharema Bond**

Dated:      December 26, 2024

            New York, New York

                                    s/

                                    Howard Sterinbach
                                    Assistant General Counsel
                                    New York City Department of Correction
                                    718-546-0816

Case 1:24-cv-06023-JPO-GS    Document 18    Filed 12/26/24    Page 2 of 2