| U.S. Department of Justice <br> United States Marshals Service | PROCESS RECEIPT AND RETURN <br> *See "Instructions for Service of Process by U.S. Marshal"* |
|---|---|

| PLAINTIFF <br> Robert Lee Murray | COURT CASE NUMBER <br> 24cv6023 |
|---|---|
| DEFENDANT <br> City of New York et al | TYPE OF PROCESS <br> Summons & Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
New York City Health + Hospitals
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
50 Water Street, 17th Floor New York, N.Y. 10004

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW
Robert Lee Murray 990230038
Bellvue Hospital
462 1st Ave 19 West
New York, NY 10016

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

[Stamp: U.S. DISTRICT COURT FILED JAN 24 2025 S.D. of N.Y.]

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
*T. Arora*

TELEPHONE NUMBER | DATE
12/6/2024

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process <br> 1 | District of Origin <br> No. 054 | District to Serve <br> No. 054 | Signature of Authorized USMS Deputy or Clerk | Date <br> 12/11/2024 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

Date: 1/22/2025    Time: 12:15 ☒ pm

Address *(complete only if different than shown above)*

Signature of U.S. Marshal or Deputy
N/A - see remarks

Costs shown on attached USMS Cost Sheet >>

**REMARKS**

- Summons + complaint sent by mail on 12/11/2024. No response received.
- On 1/22/2025 the summons + complaint sent by email to HHCService@nychhc.org. Confirmation email attached.

Form USM-285
Rev. 03/21

## Hutchinson, Kristen (USMS)

**From:** HHCService <HHCService@nychhc.org>
**Sent:** Wednesday, January 22, 2025 12:15 PM
**To:** Hutchinson, Kristen (USMS)
**Subject:** RE: [EXTERNAL] 24cvv6023_Murray v. City of New York et al

Confirmed

From: Hutchinson, Kristen (USMS) <Kristen.Hutchinson@usdoj.gov>
Sent: Wednesday, January 22, 2025 11:56 AM
To: HHCService <HHCService@nychhc.org>
Subject: [EXTERNAL] 24cvv6023_Murray v. City of New York et al

> **Caution: This email originated from outside of the organization.** Do not click links or open attachments unless you recognize the sender and know the content is safe. Either click the **Report A Phish button** or forward suspect email to spamadmin@nychhc.org as an attachment (Click the More button, then forward as attachment).

Good afternoon,

New York City Health + Hospitals is named as a defendant in a civil action. Attached is the summons & complaint.

Please confirm that you are accepting service on behalf of NYC H+H.

Thank you,

**Kristen Hutchinson**
Civil Process Specialist
U.S. Marshals Service
Southern District of New York
500 Pearl St., Suite 400
New York, NY 10007
Desk: 646-563-9881
Cell: 646-398-3062

Visit www.nychealthandhospitals.org

CONFIDENTIALITY NOTICE: The information in this E-Mail may be confidential and may be legally privileged. It is intended solely for the addressee(s). If you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on this e-mail, is prohibited and may be unlawful. If you have received this E-Mail message in error, notify the sender by reply E-Mail and delete the message.

1