TO: pro-se office

8-2-25

Can you please send me a copy of the complaint's or it cost

RECEIVED
AUG 11 2025
PRO SE OFFICE

case 24 cv 4918 (JLR)

Case 24 cv 6023

Thank you for your asstin's

send To: Robert murray
ward 3A
Kirby Forensic Psychiatric
Center
New York, N.Y. 10035

Robert Murrell Leviticus Luther
MANHATTAN PSYCHIATRIC CENTER
KIRBY FORENSIC PSYCHIATRIC CENTER
WARD'S ISLAND COMPLEX
NEW YORK, NEW YORK 10035-6095

Ward 31A

NEW YORK NY  100
6 AUG 2025   PM 10 L

RECEIVED
AUG 11 2025
PRO SE OFFICE

To: Pro-se office
US Court House
(SDNY)
500 pearl Street
New York, N.Y. 100

10007-131699

USPS

Legal mail