12-18-25

To: Prose Office

Dear Sir/madam

Can you please Change My Address

To) Robert Murray / LEviticus Locter
1600 HaZEN St
East Elmhurst NY 11370

Case 21 cv 6718
Case 24cv 6023
Case 24 cv 4918


RECEIVED
JAN -2 2026
PRO SE OFFICE

USA FOREVER

MID-ISLAND NY 117
29 DEC 2025 PM 3 L

Robert Murray known as Lev Parnas
#99D 25 00350
1600 Hazen St
East Elmhurst NY 11370

RECEIVED
SDNY PRO SE OFFICE
2026 JAN -2 PM 4:25

USM P3
SDNY

Legal Mail

To: Pro se Office
United States Court House
(SDNY)
500 Pearl Street
New York, N.Y. 10007

10007-131699