**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ROBERT L. MURRAY,

         Plaintiff,        **24 Civ. 6023 (JPO) (GS)**

    -against-           **ORDER**

CITY OF NEW YORK, *et al*,

         Defendants.
-----------------------------------------------------------------X
**GARY STEIN, United States Magistrate Judge:**

On June 26, 2024, the Hon. J. Paul Oetken issued an order under *Valentin v. Dinkins*, 121 F.3d 72, 76 (2d Cir. 1997), requiring Defendant New York City Health + Hospitals ("H+H") and the Physician Affiliate Group of New York, P.C. ("PAGNY") to "ascertain the identity of the John Doe doctor whom Plaintiff seeks to sue here and the address where the defendant may be served." (Dkt. No. 11 at 2–3). The Court further ordered that "[w]ithin thirty days of receiving this information, Plaintiff must file an amended complaint naming the John Doe defendant." (*Id.* at 3). The Court thereafter extended the deadline for the Office of the Corporation Counsel to respond to the *Valentin* order on behalf of H+H to April 10, 2025. (Dkt. No. 24).

On April 10, 2025, the Office of Corporation Counsel, on behalf of H+H, provided the identity and address of the John Doe doctor. (Dkt. No. 30). Plaintiff was therefore required to submit an amended complaint no later than Monday, May 12, 2025. Concurrently, on April 21, 2025, the undersigned granted Defendants' request to answer or otherwise respond to Plaintiff's amended complaint "by no later than 21 days after service thereof is effectuated." (Dkt. No. 33).

As of the date of this Order, Plaintiff has not filed an amended complaint. Accordingly, it is ORDERED that Plaintiff file his amended complaint naming the John Doe doctor by no later than 30 days after receipt of this Order. If Plaintiff does not submit an amended complaint

within the specified timeframe, the Court may issue an order to show cause why the above-

captioned action should not be dismissed for failure to prosecute pursuant to Rule 41 of the

Federal Rules of Civil Procedure.

**SO ORDERED.**

DATED:     June 8, 2026
           New York, New York

_____
The Honorable Gary Stein
United States Magistrate Judge