June 21, 2026

To: Honorable, Gary Stein
United STATES Magistrate Judge
500 Pearl Street
N.Y. N.Y. 10007

RE: Robert Murray v. City of New York.
24 Civ 6023

Dear Judge Gary STEIN,

I am plaintiff in the above caption Case. At this time, I have Not served the defendant Doctor, due to ~~this~~ me having a lawyer conversing with others in a settlement matter, in the above reference case. WyLie Steclow PLLC Esq. PH. (212) 566-8000. I THANK for its time in concerning with this matter.

Robert Murray
(9902500350)
C/O BHTU - 462 First Ave.
New York, N.Y. 10016

RECEIVED SDNY PRO SE OFFICE
2026 JUN 29 PM 3:58



Robert Murray 99025TO3SO
462 1st Ave BHTU
New York NY. 10016

RECEIVED
SDNY PRO SE OFFICE
2026 JUN 29 PM 3:58

Legal mail

NEW YORK NY 100
24 JUN 2026 PM 6 L

To: Pro-se Office
United States Courts
500 Pearl Street
New York NY. 10007

USA ★ FOREVER